IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

__Andrew Lee Lansford_____, Plaintiff

v.

__El Paso County Sheriffs Office__

__Deputy Calhoun_____,

_____,

_____, Defendant(s).

Jury Trial requested:
(please check one)
____ Yes  ✓ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Andrew Lee Lunsford, A0273721, 2739 E. Las Vegas St. Colorado Springs, C.O. 80906
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Deputy Calhoon    Deputy
(Name, job title, and complete mailing address)
2739 E. Las Vegas St. C.O. Springs C.O. 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [✓] Yes ___ No (*check one*). Briefly explain:

He was driving the Van I was in that Crashed.

Defendant 1 is being sued in his/her [✓] individual and/or and official capacity.

Name: Andrew Lunsford
Admit #: 077332

Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
18 JUN 2024 PM 2 L

UNCENSORED
INMATE MAIL

NEOPOST
06/18/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL
ZIP 80906
041M11284826

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO. 80294-3589

First 4 pages In another envelope

Defendant 2: __El Paso County Sheriffs Office__
(Name, job title, and complete mailing address)
__2739 E. Las Vegas St.__
__CO. Springs CO. 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in ~~his/her~~ ___ individual and/or **and** official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Car Accident while I was handcuffed in the back of vehicle

Claim one is asserted against these Defendant(s): Deputy Calhoun was Driver working for El Paso County Sheriffs Office

Supporting facts:

On Sept. 6th between 11:30 AM – 2:30 pm, while I was in the back of a sheriffs office van with Deputy Calhoun Driving He slammed on the gas and ran into another van throwing me across the back & my head hitting the cage hard, Then the other van backed up then instead of hitting brakes hit the gas and slammed back into us. I got outta the van and was asked my injuries & I told nurse that I might have been knocked unconcious b/c my head slammed into cage. I asked everyday for 18 days straight for medical attention & finally 18 days later got a Tylenol.

4

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) ~~Dismissed with~~ _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I want to be cuffed in front instead of hands behind me.

I want Deputy Calhoun to pay 5,555 dollars

I want Sheriffs Office to pay 25,555 dollars

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[Plaintiff's signature]*
(Plaintiff's signature)

9-15-24
(Date)

(Revised November 2022)

6

Name: Andrew Lussind
Admit #: 6273321
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
18 JUN 2024 PM 3 L
UNCENSORED
INMATE MAIL

NEOPOST
06/18/2024
US POSTAGE $000.64⁰
FIRST-CLASS MAIL
ZIP 80906
041M11284826

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, C.O. 80294-3589